PMC/dm  USAO#2023R00639



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. SA6-23-0370 |
| v. | * |
| | * (Simple Assault, 49 U.S.C. § 46506(2), |
| **JUNE CRISP, JR.**, | * 18 U.S.C. § 113(a)(5)) |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*

## INFORMATION

The United States Attorney for the District of Maryland charges that:

On or about August 31, 2023, on an aircraft in the special aircraft jurisdiction of the United States, namely Spirit Airlines Flight NK 2330, on which he was a passenger, the defendant,

**JUNE CRISP, JR.**,

assaulted another person, specifically Spirit Airlines Passenger R.A.B.D., by punching him in the face with his fist.

49 U.S.C. § 46506(2)
18 U.S.C. § 113(a)(5)

PAUL CUNNINGHAM
Digitally signed by PAUL CUNNINGHAM
Date: 2023.10.17 17:41:20 -04'00'

October 17, 2023
Date

*Erek L. Barron*
Erek L. Barron
United States Attorney